**NATIONAL COALITION FOR STUDENTS WITH DISABILITIES EDUCATION AND LEGAL DEFENSE FUND, Plaintiff—Appellant,**

v.

**James S. GILMORE, III, etc., et al., Defendants–Appellees.**

No. 97–1480.

United States Court of Appeals, Fourth Circuit.

Filed July 14, 1998.

## ORDER

The court amends its opinion filed July 24, 1998, as follows:

On the cover sheet, section 2—the appellees are corrected to read:

JAMES S. GILMORE, III, acting in his official capacity as Governor of Virginia; William A. Allen, acting in his official capacity as Director of the State Council on Higher Education; Cameron P. Quinn, acting in her official capacity as Secretary of the State Board of Elections.